22297

Mary Louise LAUN, Respondent, v. GREENVILLE COUNTY, Appellant.
(329 S. E. (2d) 753)

Supreme Court

*Joseph H. Earle, Jr., Greenville County Atty.,* Greenville, *for appellant.*

*James W. Fayssoux* of *Anderson & Fayssoux,* Greenville, *for respondent.*

Submitted Nov. 14, 1984.

Decided April 24, 1985.

*Per Curiam:*

Remanded for proceedings in accordance with the majority opinion in *Jamie McCall, by his Guardian ad Litem, Joan Andrews, v. Frankie Batson and the School District of Greenville County,* 329 S. E. (2d) 752 (S. C. 1985).